PETER MIKALAUSKAS and ALBINA MIKALAUSKAS, Respondents, v. THE WILLIAMSBURGH SAVINGS BANK, Defendant, and MIKE STIRBIS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE MOUNT VERNON TRUST COMPANY, as Trustee, Respondent, v. 21 FOUNTAIN PLACE CORPORATION, Appellant, and MARION ESTATES, INC., and Others, Defendants.— Motion to dispense with printing exhibit denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NEW YORK INVESTORS, INC. (Formerly Known as REALTY ASSOCIATES), Respondent, v. LAURELTON HOMES, INC., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

JAMES V. P. OGLESBY, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant. (Action No. 1.) JAMES V. P. OGLESBY, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant. (Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

JOHN C. PFUHLER, Appellant, v. JOHN KOGER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DANZIGER, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DE SENNA, Appellant.— Motion for enlargement of time to perfect and argue appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DE SENNA, Appellant.— Motion to dismiss appeal granted, and appeal dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEYER BANK, Respondent, v. EDWARD J. FLYNN, Secretary of the State of New York, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOSEPH B. RAEBECK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion to stay trial granted until the examination of the plaintiff is had. Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Scudder, J., not voting.

RIDGE HOLDING CORPORATION, Respondent, v. ASHTON HALL CORPORATION, Appellant, and Others, Defendants.— Motion for stay granted upon condition that within five days from service of a copy of the order herein appellant file an undertaking, with corporate surety, in the sum of $5,000, to account for all rents